In the Matter of the Probate of the Will of ISAAC MELTZER, Deceased.

JOSEPH MELTZER, Appellant; IDA MELTZER, Respondent.

(Argued November 18, 1935; decided November 20, 1935.)

*John D. Lyons* for motion.
*Michael Halperin* opposed.
Motion denied.